# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of                 :    No. 2208 Disciplinary Docket No. 3
                                             :

JACK S. COHEN                 :    Board File No. C1-15-371
                                             :

                                             :    Attorney Registration No. 69189
                                             :

                                             :    (Philadelphia)
                                             :
                                             :
                                             :

## O R D E R

**PER CURIAM:**

AND NOW, this 1st day of October, 2015, the Joint Petition to Temporarily Suspend an Attorney is granted, Jack S. Cohen is placed on temporary suspension, *See* Pa.R.D.E. 208(f), and he shall comply with all the provisions of Pa.R.D.E. 217.

This Order constitutes an imposition of public discipline within the meaning of Pa.R.D.E. 402, pertaining to confidentiality.